IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID WAYNE FRERET** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:03cv655** |
| | § | |
| **JOHN M. NICHOLS, and** | § | |
| **THE UNITED STATES OF AMERICA** | § | **DEFENDANTS** |

**JUDGMENT ON DECISION BY THE COURT
PURSUANT TO FED. R. CIV. P. 58**

This action came on for trial before the Court on January 30, 2006, and in accord with the Court's Findings of Fact and Conclusions of Law Pursuant to Fed. R. Civ. P. 52(a), entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, David Wayne Freret, take nothing and that the action be **DISMISSED ON THE MERITS**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant The United States of America is **DISMISSED WITH PREJUDICE** from this action.

**SO ORDERED AND ADJUDGED** this the 23th day of February, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE